SCHUBERT, JONCKHEER & KOLBE LLP
Amber L. Schubert (S.B.N. 278696)
Robert C. Schubert (S.B.N. 62684)
2001 Union Street, Suite 200
San Francisco, CA 94123
Telephone: (415) 788-4220
Facsimile:  (415) 788-0161

*Attorneys for Plaintiff*
*Shakira Martin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKIRA MARTIN, Individually And on Behalf of All Others Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 5:22-cv-01607-SSS-SHKx<br><br>**ORDER GRANTING STIPULATION TO STAY BRIEFING AND VACATE APRIL 14, 2023 HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

1  Having considered the stipulation of Plaintiff Shakira Martin and Defendant Samsung Electronics America, Inc. ("SEA"), and good cause appearing therein, the stipulation is GRANTED.

Plaintiff's March 8, 2023 deadline to respond to SEA's motion to compel arbitration and SEA's March 29, 2023 deadline to file its reply in support of its motion are hereby STAYED.

The April 14, 2023 hearing on SEA's motion to compel arbitration [Dkt. 17] is hereby VACATED.

The parties are further ORDERED to submit a notice or stipulation of voluntary dismissal or a status report providing the Court with an update on the status of the settlement within sixty (60) days of the date of this Order.

It is so ORDERED.

Dated:  March 9, 2023

_____
HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE