ARNOLD & PORTER KAYE SCHOLER LLP
E. Alex Beroukhim (Bar No. 220722)
Alex.Beroukhim@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:  213.243.4000
Facsimile:  213.243.4199

*Attorney for Defendant*
*Samsung Electronics America, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKIRA MARTIN, individually and on behalf of all others situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 5:22-cv-01607-SSS-SHK<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action with prejudice, with all parties to bear their own costs.

Dated: May 4, 2023                                    Respectfully submitted,


*/s/ E. Alex Beroukhim*
E. Alex Beroukhim (Bar No. 220722)
ARNOLD & PORTER KAYE
   SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844

*Attorney for Defendant Samsung Electronics America, Inc.*

*/s/ Amber L. Schubert*
Amber L. Schubert (S.B.N. 278696)
SCHUBERT, JONCKHEER & KOLBE
   LLP
2001 Union Street, Suite 200
San Francisco, CA 94123

*Attorney for Plaintiff*